IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 2:20-CV-0035-SCJ |
| SPECTRUM MANAGEMENT, INC., | |
| Defendant. | |

## O R D E R

Counsel for Plaintiff having filed Notice [Doc. 8] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 26th day of March, 2020.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE